UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00462

**Antonio Alfaro,**
*Plaintiff,*

v.

**Midland Credit Management, Inc., et al.,**
*Defendants.*

# ORDER

On January 31, 2024, plaintiff filed a document purporting to be a stipulation of dismissal as to Midland Credit Management, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. 28. He also filed a document purporting to be a notice of voluntary dismissal as to Equifax Information Services, LLC, pursuant to Rule 41(a)(1)(A)(i). Doc. 29.

The "stipulation of dismissal" does not comply with Rule 41(a)(1)(A)(ii) because it is not "signed by all parties who have appeared." And the "notice of voluntary dismissal" does not comply with Rule 41(a)(1)(A)(i) because Equifax has already filed an answer. Doc. 19. The court therefore construes these documents as motions made under Rule 41(a)(2).

The court finds the terms of dismissal proper. There are no counterclaims or crossclaims that prevent dismissal. Accordingly, the court grants the motions. Defendants Midland Credit Management, Inc., and Equifax Information Services, LLC, are dismissed from this case with prejudice.

*So ordered by the court on February 6, 2024.*

J. CAMPBELL BARKER
United States District Judge