UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00462

**Antonio Alfaro,**

*Plaintiff,*

v.

**Midland Credit Management, Inc., et al.,**

*Defendants.*

# ORDER

On February 6, 2024, plaintiff filed a document purporting to be a notice of voluntary dismissal of Trans Union, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 30. However, that document was not filed "before the opposing party serve[d] either an answer or a motion for summary judgment" and therefore does not comply with the rule. The court construes that document as a motion made under Rule 41(a)(2).

The court finds the terms of dismissal proper. There are no counterclaims or crossclaims that prevent dismissal. Therefore, the court grants the motion. Trans Union, LLC, is dismissed from this case with prejudice. Because there are no remaining defendants, the clerk is ordered to close this case.

*So ordered by the court on March 13, 2024.*

J. CAMPBELL BARKER
United States District Judge